IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SCOTT M. KOSITI,                )
                                )
    Petitioner,                  )
                                )
    v.                           )   CIVIL ACTION NO 05-1372
                                )
                                )
PAUL JENNINGS, et al.,          )
                                )
    Respondents.                 )

## O R D E R

A rule was issued upon the Plaintiff to show good cause why this case should not be dismissed because of his failure to comply with this court's order dated October 3, 2005, which directed him to pay the $5.00 filing fee or move to proceed In Forma Pauperis. Having failed to show good cause, IT IS HEREBY ORDERED that this case is DISMISSED.

/s/ Gary L. Lancaster
Gary L. Lancaster
U.S. District Court Judge

DATED: 11-15-05

cc:  Scott M. Kositi, EM-2259
     Lackawanna County Prison
     1371 North Washington Avenue
     Scranton, PA 18509

     Francis X. Caiazza,
     U.S. Magistrate Judge